UNITED STATES of America,
Plaintiff–Appellee

v.

Jesus Jose AVALOS–OAXACA,
Defendant–Appellant.

No. 05–50044.

United States Court of Appeals,
Fifth Circuit.

Decided June 24, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: [1]

the limited circumstances set forth in 5th Cir. R. 47.5.4.

1. Pursuant to 5th Cir. R. 47.5, the court has

**677**

IT IS ORDERED that appellees unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that appellees unopposed motion to remand case to the U.S. District Court for the Western District of Texas, El Paso Division for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that appellees unopposed alternative motion to extend time to file appellees brief until fourteen (14) days from the Courts denial of appellees motion to vacate and remand is DENIED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.